# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund,<br><br>        Plaintiff,<br><br>vs.<br><br>Mechanical Test and Balance of Minnesota Corp.,<br><br>        Defendant. | Civil No. 10-4114 (RHK/FLN)<br><br>**ORDER FOR DISMISSAL** |

_____

      Pursuant to the Notice of Voluntary Dismissal (Doc. No. 8), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 29, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge